# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:                                          **Case No:**      **6:18-bk-05459-CCJ**

Joycelyn Browne

**Chapter 13**

Debtor

## Notice of Chapter 13 Confirmation Hearing

**PLEASE TAKE NOTICE** that the debtor filed a Chapter 13 Plan or Amended Chapter 13 Plan, a copy of which has previously been served upon you.

Creditors are advised that the payment amounts and frequency of payments as described in the debtor's plan will become effective upon confirmation of the plan unless the affected creditor files an objection to the confirmation within 21 days after the date of this notice. Such objection must be filed with the Clerk, United States Bankruptcy Court, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

**NOTICE IS FURTHER GIVEN** that a confirmation hearing will be held on 2/5/2019 at 10:00 AM in courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL.

At the confirmation hearing, the Court will hear and determine any objections to confirmation filed by any affected creditor. **The Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending and requires determination**, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter. The Court deems that the debtor objects on the grounds of timeliness to all proofs of claim and amendments to proofs of claim filed by any creditor after the bar date for filing claims. If confirmation is denied, the Court may also consider dismissal or conversion.

Appropriate Attire. You are reminded that Local Rule 5072-(b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilitites. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. **You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse** absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Filed and served on the Courts official mailing matrix this 2nd day of January, 2019.

**/S/ LAURIE K. WEATHERFORD**

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com

Label Matrix for local noticing
113A-6
Case 6:18-bk-05459-CCJ
Middle District of Florida
Orlando
Wed Jan  2 11:36:05 EST 2019

Joycelyn Browne
3780 Roseboro Street
Orlando, FL 32805-5144

Habitat for Humanity of Greater Orlando Area
c/o Andrew W. Houchins, Esquire
P.O. Box 3146
Orlando, FL 32802-3146

Amerifinancial Solutio
Po Box 7
Vassar, MI 48768-0007

Amerinat
8121 East Florence Ave
Downey, CA 90240-3913

Credit Collection Serv
Po Box 607
Norwood, MA 02062-0607

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142-1399

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

First Florida Credit U
500 W 1st St
Jacksonville, FL 32202-3939

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Habitat for Humanity of Grea
c/o Rush Marshall Jones Kell
P.O. Box 3146
Orlando, FL 32802-3146

Habitat for Humanity of Greater Orlando
AmeriNat
8121 E Florence Ave
Downey, CA 90240-3913

Habitat for Humanity of Greater Orlando, Inc
c/o Andrew W. Houchins, Esquire
PO Box 3146
Orlando, FL 32802-3146

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

SANTANDER CONSUMER USA, INC.
P.O. BOX 560284
DALLAS, TX 75356-0284

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Charles W Price +
Price Law Firm
400 Maitland Avenue
Altamonte Springs, FL 32701-5419

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Andrew W Houchins +
Rush Marshall Jones and Kelly
PO Box 3146
Orlando, FL 32802-3146

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Habitat for Humanity of
Greater Orlando Area Inc.
c/o Andrew W. Houchins, Esquire
P.O. Box 3146
Orlando, FL 32802-3146

(d)Habitat for Humanity of Greater Orlando, I
c/o Andrew W.Houchins,Esquire
P.O. Box 3146
Orlando,FL 32802-3146

End of Label Matrix
Mailable recipients    19
Bypassed recipients     2
Total                  21